# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1574
Lower Tribunal No. 2022-CF-003086

_____

STATE OF FLORIDA,

Appellant,

v.

LASHAWN TRIPLETT,

Appellee.

_____

Appeals from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

June 12, 2026

PER CURIAM.

The State of Florida challenges the order granting in part the motion to dismiss filed by Lashawn Triplett[1] whereby the trial court dismissed the charges of accessory after the fact to a capital felony and false report to law enforcement authorities

_____

[1] The State filed a separate appeal of a substantially similar order regarding the case against Triplett's co-defendant, Johnny Wesley. *See State v. Wesley*, No. 6D2024-1651 (Fla. 6th DCA June 12, 2026). This Court granted the State's motion to have these two cases travel together because Wesley and Triplett are co-defendants, the orders on appeal are substantially similar, and the arguments presented in each case are identical.

concerning a capital felony.[2] The underlying facts and issues raised by the State in this appeal are identical to those raised in the case against the co-defendant, Johnny Wesley, in *State v. Wesley*, No. 6D2024-1651 (Fla. 6th DCA June 12, 2026). Adopting the reasoning expressed in our opinion in *State v. Wesley*, we likewise affirm in part the final order of dismissal as to the charge of accessory after the fact to a capital felony, reverse the final order of dismissal in part as to the charge of false report to law enforcement authorities concerning a capital felony, and remand to the trial court with directions to reinstate that count in the amended information.

AFFIRMED in part; REVERSED in part; and REMANDED for further proceedings.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellant.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED

---

[2] The trial court declined to dismiss a third charge for tampering with physical evidence that Appellees did not challenge and is not a subject of these appeals.